UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WATCHGUARD TECHNOLOGIES, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>IVALUE INFOSOLUTIONS PVT. LTD., an Indian entity,<br><br>Defendant. | CASE NO. 15-cv-01697-BAT<br><br>ORDER GRANTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

Before the Court is the parties' Stipulated Motion for the withdrawal and substitution of counsel for Plaintiff WatchGuard Technologies, Inc. Dkt. 58.

**IT IS HEREBY ORDERED** that the Stipulated Motion (Dkt. 58) is **GRANTED**. Effective immediately, David H. Binney and the Law Office of David H. Binney is granted permission to withdraw as counsel for Plaintiff WatchGuard Technologies, Inc., and Lawrence C. Locker and Summit Law Group PLLC, 315 Fifth Avenue S., Suite 1000, Seattle, Washington 98104-2682, is substituted as counsel for Plaintiff WatchGuard Technologies, Inc.

DATED this 2nd day of January, 2018.

BRIAN A. TSUCHIDA
United States Magistrate Judge