UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WATCHGUARD TECHNOLOGIES, INC., a Washington corporation,

    Plaintiff,

v.

IVALUE INFOSOLUTIONS PVT. LTD., an Indian entity,

    Defendant.

CASE NO. 15-cv-01697-BAT

AMENDED ORDER SETTING PRETRIAL SCHEDULE

The Court has reviewed the parties' Stipulated Motion to Adjust Case Schedule (Dkt. 60), and amends the pretrial schedule as follows:

| Event | Date |
|---|---|
| Reports of expert witnesses under FRCP 26(a)(2) due | January 29, 2018 |

The other case dates remain unchanged

**IT IS SO ORDERED**.

DATED this 5th day of January, 2018.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

AMENDED ORDER SETTING PRETRIAL SCHEDULE - 1
CASE NO. 15-cv-01697-BAT