UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WATCHGUARD TECHNOLOGIES, INC., a Washington corporation,

    Plaintiff,

v.

IVALUE INFOSOLUTIONS PVT. LTD., an Indian entity,

    Defendant.

CASE NO. 15-cv-01697-BAT

THIRD AMENDED ORDER SETTING PRETRIAL SCHEDULE

The Court has reviewed the parties' Stipulated Motion to Amend Case Schedule, and amends the pretrial schedule as follows:

| Event | Date |
| --- | --- |
| Reports of expert witnesses under FRCP 26(a)(2) due | February 19, 2018 |
| All motions related to discovery must be filed by | February 23, 2018 |

The other case dates remain unchanged

**IT IS SO ORDERED**.

DATED this 30th day of January, 2018.

                                                             BRIAN A. TSUCHIDA
                                                             United States Magistrate Judge