# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| WATCHGUARD TECHNOLOGIES, INC., a Washington corporation, | CASE NO. 15-cv-01697-BAT |
| Plaintiff, | ORDER GRANTING STIPULATED ORDER OF DISMISSAL |
| v. | |
| IVALUE INFOSOLUTIONS PVT. LTD., an Indian entity, | |
| Defendant. | |

Based on the stipulation of the parties (Dkt. 66), **IT IS HEREBY ORDERED** that all claims herein are dismissed with prejudice and without cost to either party.

DATED this 26th day of April, 2018.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER GRANTING STIPULATED ORDER OF
DISMISSAL - 1
CASE NO. 15-cv-01697-BAT